# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Oct 25, 2022
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. **22-M-581 (SCD)**
Residential garage located behind the house )
at 4186 N. 15th Street, Milwaukee, Wisconsin )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Eastern____ District of ____Wisconsin____
*(identify the person or describe the property to be searched and give its location)*:

Residential garage located behind the house at 4186 N. 15th Street, Milwaukee, Wisconsin.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

This warrant authorizes the search of the above-described property for evidence of violations of 18 U.S.C. §§ 371 (conspiracy), 511 (altering or removing motor vehicle identification numbers), and 2312 (interstate transportation of stolen vehicles). The warrant does not authorize the seizure of any tangible property.

**YOU ARE COMMANDED** to execute this warrant on or before ____October 28, 2022____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Hon. Stephen C. Dries____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __10-25-22 6:20 pm__     *Stephen C. Dries*
                                                              *Judge's signature*

City and state: __Milwaukee, Wisconsin__        Hon. Stephen C. Dries
                                                              *Printed name and title*

| **Return** |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br><br> Date: _____ <br><br> _____ <br> *Executing officer's signature* <br><br> _____ <br> *Printed name and title* |



CLERK'S OFFICE
A TRUE COPY
Oct 25, 2022
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Residential garage located behind the house at<br>4186 N. 15th Street, Milwaukee, Wisconsin | Case No. 22-M-581 (SCD) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Residential garage located behind the house at 4186 N. 15th Street, Milwaukee, Wisconsin

located in the _____Eastern_____ District of _____Wisconsin_____, there is now concealed *(identify the person or describe the property to be seized)*:

This warrant authorizes the search of the above-described property for evidence of violations of 18 U.S.C. §§ 371, 511, and 2312. The warrant does not authorize the seizure of any tangible property.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371, 511, and 2312 | Conspiracy, altering or removing motor vehicle identification numbers, and interstate transportation of stolen vehicles |

The application is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.
☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*SHANE HOFFMANN* Digitally signed by SHANE HOFFMANN
Date: 2022.10.25 17:46:15 -05'00'

*Applicant's signature*

FBI SA Shane Hoffmann
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: 10/25/2022

*[Signature: Stephen C. Dries]*
*Judge's signature*

City and state: Milwaukee, Wisconsin    Hon. Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Shane Hoffmann, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the search of a residential garage, as described further below. The proposed search warrant does not authorize the seizure of any tangible property. See 18 U.S.C. § 3103a(b)(2).

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since September 2015. I am currently assigned to the Milwaukee Division – Madison Resident Agency. Since becoming a Special Agent, I received specialized training in conducting criminal investigations, and my responsibilities include conducting investigations of alleged criminal violations of federal statutes and laws. I have participated in the execution of search warrants in various judicial districts, including the recovery of records, contraband, and other types of property. I also have experience installing and monitoring GPS tracking devices, and analyzing the data collected from those devices for use in federal criminal investigations.

3. The facts in this affidavit come from my personal observations, my training and experience, my review of documents, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that DIAUNTE D. SHIELDS (DOB: 02/18/1995), and others known and unknown, have committed violations of 18 U.S.C. §§ 371 (conspiracy), 511 (altering or removing motor vehicle identification numbers), and 2312 (interstate transportation of stolen

1

vehicles).

5. Further, there is probable cause to search the location described below for evidence of these crimes.

## LOCATION TO BE SEARCHED

6. The residential garage located behind the house at 4186 N. 15th Street, Milwaukee, Wisconsin. The garage opens to an alley immediately behind the property. A photograph of that garage is copied below:



**PROBABLE CAUSE**

*Overview*

7. This investigation involves the organized theft and resale of high-end motor vehicles. I know from my training and experience that there is a large amount of money associated with the theft and sale of high-end motor vehicles. I also know that high-end vehicles over the retail price of $50,000 have means of identifying the vehicle other than VIN plates and stickers, such as: hidden VIN stamps, identifying parts numbers, etching on glass windows, and electronic data stored in the vehicle's Electronic Control Unit (ECU). Based on this investigation, I believe that the auto theft ring with which SHIELDS is involved is replacing the stolen vehicles VIN plates and VIN stickers but not changing the hidden identifying features.

*Kenosha County Investigation*

8. On or around March 10, 2022, a 2018 red Jeep Grand Cherokee Track Hawk, VIN number 1C4RJFN97JC223750, was reported to have been stolen from General Mitchell International Airport, 5300 S. Howell Ave, Milwaukee, Wisconsin 53207. Milwaukee County Sheriff's Office ("MCSO") Detective Matthew Vandertie was assigned to investigate the stolen red Jeep Grand Cherokee, along with the other stolen vehicles. Detective Vandertie has advised me that the vehicles being targeted are high-end Dodge Hellcats, Ram TRX, and Jeep Track Hawks. Detective Vandertie explained that some of the vehicles have been tracked with the on-board vehicle modems to the Kenosha area.

9. On March 15, 2022, the Wisconsin registration license plates for the 2018 red Jeep Grand Cherokee Track Hawk, VIN number 1C4RJFN97JC223750, were recovered by the Kenosha County Sheriff's Department from Neumiller Woods Park, 8100 12th Street, Somers, Wisconsin.

10. On March 26, 2022, Kenosha Deputy Brooks responded to the Hawthorn Apartments, 5802 10th Place, Kenosha, Wisconsin (about 1.5 miles from where the Jeep Grand Cherokee plates were found) for a complaint of a suspicious new black Ram TRX parked backed into the same parking spot for several days with a broken window. Upon Deputy Brooks' arrival, the black Ram TRX was gone. Deputy Brooks contacted the caller who reported seeing a black male in a white Ford Transit Van displaying license plate D14971H parked alongside the black Ram TRX. The caller reported a second male inside the black Ram TRX. The two vehicles left together in the same direction. Deputy Brooks conducted an area canvas of the apartments located around where the black Ram TRX was parked. None of the residents knew who the black Ram TRX belonged to.

11. During the search for the Black TRX, Deputy Brooks located a white Ford Transit Van displaying Alabama registration plate D14971H parked several units over from where the black Ram TRX was parked. Deputy Brooks observed the Ford van leave. Deputy Brooks conducted a traffic stop on the Ford van and contacted the driver who identified himself via Wisconsin photo driver's license as DIAUNTE D. SHIELDS.

12. Deputy Brooks spoke with SHIELDS regarding the black Ram TRX and the broken window. SHIELDS said that he was visiting his girlfriend, CASHA T. GRIFFIN, who resides at 1050 58th Court, Unit 103, Kenosha, Wisconsin. SHIELDS denied that he knew anything about the black Ram TRX. Deputy Brooks obtained a phone number for SHIELDS, (773) 690-8469. SHIELDS was released.

13. On March 28, 2022, Kenosha Detectives Becker and Castillo responded to the Hawthorn Apartments. Becker observed a white Ford Transit van backed into a visitor parking spot along the east side of 1050 58th Court. The Ford Transit van did not display a front registration

plate. Along the driver's side of the white Ford Transit van was a white BMW 840i backed into a visitor parking stall. The BMW did not display a front registration plate. Becker walked around the white Ford Transit van and white BMW 840i and observed in plain view the registration plate and VIN plate information for the vehicles. The Ford Transit van displayed rear Alabama registration plate (D14971H) and VIN: (1FTYR1ZMOJKB00352). Near the VIN plate on the Ford van Becker observed a receipt from Safe Auto Glass & Body LLC, 5044 South 27th Street, Milwaukee, Wisconsin 53221, on the driver's side on dashboard for window glass for a Ram 1500. The receipt listed the VIN for a black Ram 1500 (1C6SRFU91MN904255). The receipt showed the customer number (773) 946-3995. Detective Becker conducted a search through TLO, a law enforcement information sharing website, on phone number (773) 946-3995. The results of the search showed the number belonged to DIAUNTE D. SHIELDS.

14. Detective Becker contacted Tom Almaghrabi from Safe Auto Glass & Body LLC, who advised that a black male who refused to identify himself but provided telephone number (773) 946-3995 purchased windshield glass for a Ram 1500 on March 28, 2022. The male arrived in a white Ford Transit van. Almaghrabi said that the same male has purchased windshields from him in the past for Dodge Hellcats, Challengers, and Jeep Trackhawks.

15. Detective Becker also conducted a record check through the Wisconsin Department of Transportation on the Alabama registration plate displayed on the white Ford Transit van. The results of the check showed the registration came back to Prospect Motors LLC, 3615 Gray Avenue, Adamsville, Alabama 35005. Contact was made with Prospect Motors who advised that the plate was issued to CASHA T. GRIFFIN to work as a wholesale buyer of vehicles for Prospect Motors out of the Chicago area. CASHA T. GRIFFIN stopped all communication with Prospect Motors after receiving the registration plates and has not gone to any of the vehicle auctions.

16. The white BMW 840i displayed rear Georgia temporary registration plate (S1109239) and VIN: (WBAGV2C08LCD87486). Detective Becker conducted a record check through the Wisconsin Department of Transportation on the displayed VIN (WBAGV2C08LCD87486) on the white BMW 840i. The results showed the vehicle is registered to Executive Rent A Car and CASHA T. GRIFFIN at 1436 Lincoln Street Racine, Wisconsin. Detective Becker conducted a search through Wisconsin Department of Financial Institutions on Executive Rent A Car, which revealed that it was registered on January 31, 2022 by registering agent DIAUNTE D. SHIELDS with an address of 1436 Lincoln Street, Racine, Wisconsin 53402.

17. Detective Becker then contacted the Georgia Bureau of Investigation regarding the Georgia registration S1109239. Detective Becker was advised that the Temporary Operating Permit (TOP) was issued to an out-of-state white 2020 BMW 840i in Fulton County, Georgia. The Georgia Bureau of Investigation had no further information regarding the register.

18. Detective Becker made contact with Special Agent Todd Heinz from the National Insurance Crime Bureau (NICB) and provided him with the vehicle identification information from the white Ford Transit van and white BMW 840i. Special Agent Heinz advised that he conducted a search on the VIN (1 FTYR1ZM0JKB00352) that was displayed on the white Ford Transit van. The results of the check showed the VIN (1FTYR1ZM0JKB00352) was never created by Ford Motor Company, indicating that the VIN on the white Ford Transit van is fraudulent and the vehicle is potentially a stolen auto with false VIN plate.

19. Detective Becker conducted a record check on DIAUNTE D. SHIELDS through the Kenosha County Joint Services. The results of the check show DIAUNTE D. SHIELDS last listed address with the Wisconsin department of Transportation at 8920 83rd Street, Pleasant Prairie, Wisconsin, which is the same address listed for the black BMW X6. The record also

7

Case 2:22-mj-00581-SCD   Filed 10/25/22   Page 10 of 19   Document 1

indicated DIAUNTE D. SHIELDS was arrested on January 5, 2021 in Glendale, Missouri for attempting to steal an automobile.

20. Detective Becker contacted the Glendale Missouri Police Department and requested the police report for SHIELDS's January 2021 arrest. The report indicated SHIELDS was located by Glendale Police at a dealership in Glendale, Missouri with a male identified as Christin D. Edwards, attempting to steal a white Dodge Charger Hellcat. SHIELDS was located with a window punch, Dodge key fobs, and computer equipment needed to reprogram a key fob to gain access to operate a vehicle. At the time of arrest, SHIELDS reported he worked for DAW Logistics LLC. SHIELDS is currently on probation for the Glendale, Missouri charges.

21. On April 26, 2022, the Kenosha County Sheriff's Department executed search warrants for residences and a storage associated to SHIELDS and his family/close associates in the Kenosha, Wisconsin area. Those searches revealed vehicle key fobs and programming equipment, radio frequency equipment, false vehicle titles, vehicle with a false VIN, banking paperwork, and designer clothing and accessories. SHIELDS was charged in Kenosha County Circuit Court under case 2022CF000822 for Money Laundering, Drive or Operator Motor Vehicle without Owner's Consent, Alter Vehicle Identification Number, Counterfeit Certificate of Title, Felon in Possession of Firearm, and Theft – Movable Property – Special Facts. An arrest warrant was issued for SHIELDS on June 17, 2022.

*Milwaukee County Investigation*

22. On March 20, 2022 shortly after 1:00 p.m. , the Milwaukee County Sheriff's Office was alerted to a Ram pickup truck (Missouri license plate 8KBJ78; vehicle identification number (VIN) 3C63R3RL5LG219772) leaving the parking structure at the Milwaukee Mitchell International Airport (MMIA), located at 5300 South Howell Avenue in Milwaukee. Around that

time, Interflight Parking – the parking services organization at the structure – would notify MCSO when Ram pickup trucks or Jeep Grand Cherokee sport utility vehicles were leaving the parking structure due to the numerous thefts of these types of vehicles from the structure. Approximately 20 vehicles of these types (and one Dodge Durango) were stolen from the MMIA between April 2021 and June 2022.

23. MCSO Deputy D. Scott positioned his squad car in front of the parking lane where the Ram pickup truck was, exited his squad, and observed the rear passenger window broken/missing. This caused Deputy Scott to suspect that the vehicle might be stolen via breaking the window and entering the vehicle, which Deputy Scott has known to occur in the past.

24. Deputy Scott exited his squad, ordered the driver to get out of the vehicle, and the Ram pickup truck attempted to flee, struck another vehicle, and then struck a boulder. The driver exited and fled on foot back into the parking structure. Deputies observed a subject, later identified as Lashawn Davis Jr. (DOB: 05/07/2000), in the parking structure, sweating, breathing heavily, and had gravel and debris on his forearms.

25. The Ram pickup truck owner, later identified as AJL (M/W, 12/2/1981), did not give consent for any individual(s) to take and drive his vehicle from the parking structure.

26. While on scene, Davis stated that he came to the parking structure in a black Jeep. Deputies looked in the parking structure for a vehicle matching this description and located it driving through the structure and exiting. Deputies stopped this vehicle, a Jeep Grand Cherokee sport utility vehicle, black in color, upon it exiting the parking structure. The driver and sole occupant was identified as Amya V. Williams (F/B, 01/12/2001). The VIN displayed at the windshield was 1C4RJFBG2LC954690.

27. According to Wisconsin Department of Transportation (DOT) records, the vehicle

9

Case 2:22-mj-00581-SCD   Filed 10/25/22   Page 12 of 19   Document 1

was registered as a 2020 Jeep Grand Cherokee sport utility vehicle, black in color, and the registered owner was Williams. However, it was later determined that the VIN plate at the windshield of the Jeep Grand Cherokee sport utility vehicle was a fake VIN. Detective D. Woo photographed a part on the underside of the Jeep Grand Cherokee sport utility vehicle on scene. A check of the part number revealed that it was actually from a vehicle also determined to be stolen from the MMIA parking structure. It was noted during a later search of the Jeep Grand Cherokee sport utility vehicle that VIN 1C4RJFCTXMC584523 was located in a hidden location, in the interior of the vehicle. According to Wisconsin DOT records, the vehicle was actually registered to DJJ (M/W, 11/26/1968), who did not give consent for any individual(s) to take and drive his vehicle from the parking structure. DJJ stated that he parked his vehicle in the parking structure on March 11, 2022. Interflight Parking records show that DJJ's vehicle was removed from the structure on March 13, 2022.

28. During a custodial interview, Davis denied driving the Ram pickup truck but admitted that he was at the parking structure to act as a lookout for "Deandre Littles" for $1500. Davis admitted to arriving at the parking structure in the Jeep Grand Cherokee sport utility vehicle.

29. On March 21, 2022, deputies processed both vehicles for evidence. Inside the Jeep Grand Cherokee sport utility vehicle, they located electronic key programming devices/equipment, numerous vehicle key fobs, center punches (hand tools with a handle/shaft and pointed tip), other VIN stickers, and documents, to include a notebook with handwritten vehicle information. Inside the Ram pickup truck, they located an Advanced Diagnostics brand cable, which is of the same brand as one of the key programmers, and center punch of the same type located in the Jeep Grand Cherokee sport utility vehicle. Deputies also processed both vehicles for fingerprints/deoxyribonucleic acid (DNA) and collected other items.

10

Case 2:22-mj-00581-SCD   Filed 10/25/22   Page 13 of 19   Document 1

30. The FBI and the MCSO are aware, based on law enforcement intelligence sharing regarding vehicle thefts, that a current trend with higher value motor vehicle thefts is that the vehicles are stolen by use of key fob programming.

31. On March 31, 2022, United States Secret Service Special Agent Darrin Kimes and MCSO Detective Vandertie executed a search warrant, which was authorized in Milwaukee County Circuit Court by Court Commissioner Barry Phillips, on the two key programmers. While searching the Advanced Diagnostics SMART Pro key programmer, they noted that the username logged in the device was champrob221@icloud.com. Detective Vandertie was further informed by a representative of Advanced Diagnostics that the device's registered owner had a username of "champrob221@icloud.com" under the name "JEVON ROBINSON" of "2223 S AVERS W" in "CHICAGO", "ILLINOIS."

32. While searching the Advanced Diagnostics SMART Pro key programmer under the "My Previous Vehicles" function, Detective Vandertie noted that the device registered a connection with a 2019-2022 Ram on "2022/03/20 17:56:10" (GMT), which is March 20, 2022 at 12:56:10 CST – only a short time prior to the incident described above. Detective Vandertie also noted that the device registered connections with 2019-2022 and 2020-2022 Rams on January 15, 2022. At least three 2020-2021 Rams were stolen from the MMIA parking structure on or around that date without consent of their owners; the dates and approximate times the vehicles were removed from the parking structure were derived from cellular data from the vehicles.

33. Detective Vandertie drafted and served numerous search warrants for the cellular records related to vehicle locations; cellular records related to the account listed to Lashawn Davis; the champrob221@icloud.com account, and others. The cellular records indicate that Lashawn Davis moved to/from the airport around the times of numerous vehicle thefts. In addition, latent

11

fingerprint and deoxyribonucleic acid (DNA) evidence implicates Lashawn Davis for vehicle thefts from the MMIA.

34. A review of the messages from the champrob221@icloud.com account from November 2019 through December 2020 showed extensive conversations about selling vehicles, vehicle sale prices, windows and key fobs, and vehicle titles. A review of the photographs showed numerous photographs of Diaunte D. SHIELDS (M/B, 02/18/1995). Based on this content in the champrob221@icloud.com account, investigators believe SHIELDS either actually owns the account or has some control over it.

35. Detective Vandertie drafted and served a search warrant for cellular records for telephone number 773-542-4368, which was in contact with Lashawn Davis on vehicle theft dates. The registered user was "mike jones" and the account was effective as of December 22, 2021 and later suspended/expired in March 22, 2022. The call detail records show, among other call records, that this account utilized cellular towers in the area of the MMIA on January 15, 2022, March 9, 2022, and March 13, 2022 around the approximate times of vehicle thefts and then traveled to the Kenosha/Somers area or the area of a known residence for Lashawn Davis following those thefts.

36. The call detail records for 773-542-4368 also showed that the cellular telephone used for this account was an Apple device. Apple, Inc. subscriber records showed two iCloud accounts registered to this device – devon5578@icloud.com and thekid528000@icloud.com with names of "Devon Robinson," "Jevon Robinson," and "Diaunte Shields" for device registrations or subscribers and transactions in 2021 and 2022. "Diaunte Shields" is listed for both accounts.

37. Detective Vandertie sought and received a search warrant from Milwaukee County Circuit Court for the content of the accounts devon5578@icloud.com and thekid528000@icloud.com accounts. The warrant returns revealed that the subscriber for both

accounts is SHIELDS, with two different addresses in Chicago, Illinois. Both accounts contain photographs depicting SHIELDS. They also contain photos and videos of vehicles, screenshots of web inquiries for VINs, screenshots of contact information for an auto glass store in Milwaukee, and photos of large sums of cash. There is also a photograph of a Certificate of Title from Florida for a 2017 Chevrolet pickup truck recovered during the course of the Kenosha County Sheriff's Department search warrant execution, referenced above.

*Information From a Confidential Source*

38. On September 20, 2022, FBI Task Force Officer (TFO) Detective Mason Kohlhapp received a phone call from an unidentified person who called himself "Don." Don provided the following information. Don stated that he knows the people involved with the Milwaukee County Airport car thefts. The people he stated that are involved are a Diaunte SHIELDS, Casha, and Smiley, the cousin of SHIELDS.

39. The person who identified himself as Don made several follow-up contacts with law enforcement about SHIELDS. Case agents later identified "Don" by name.[1] Don provided more information about SHIELDS's criminal activity, including that SHIELDS had disclosed to Don that SHIELDS made money by trafficking "strikers," aka stolen vehicles, and that SHIELDS used the garage of the property located at 4186 N. 15th Street, Milwaukee, Wisconsin to store stolen vehicles. Don informed case agents that Diaunte Shields, Casha, and Carl Wilson, are investors in the property at 4186 N. 15th Street, Milwaukee, Wisconsin, that the property is vacant, and that the property is being renovated for resale.

40. Case agents conducted a public records check for the property located at 4186 N. 15th Street, Milwaukee, Wisconsin, which showed that the property is owned by CNT Investments

---

[1] Don has criminal convictions for operating a vehicle without owner's consent, criminal damage to property, and drug trafficking.

13

LLC, which is registered to Carl Anthony Wilson, 4545 N 42nd Street, Milwaukee, Wisconsin. CNT Investments purchased the property on August 1, 2022 for $90,000. The utilities have been inactive since August 3, 2022. This is all consistent with an investment property that is being renovated for resale. Case agents have also observed activity consistent with renovating the property at 4186 N. 15th Street, Milwaukee, Wisconsin for resale.

41. On October 18, 2022, law enforcement surveillance teams observed a person matching SHIELDS's description at the property located 4186 N. 15th Street, Milwaukee, Wisconsin. He arrived in a 2014 silver Chevy Impala bearing plate ARF-9505. That car is registered to Executive Rent A Car, which is owned by Casha Griffin, and has an address of 1436 Lincoln Street in Racine (where a search warrant had been executed on April 26, 2022 by the Kenosha County Sheriff's Department, described above).

42. On October 19, 2022, I observed two black males arrive at the property located 4186 N. 15th Street, Milwaukee, Wisconsin in the same 2014 silver Chevy Impala bearing plate ARF-9505. They walked into the house, stayed briefly, then went back to the vehicle and left. Because they both had their hoods up, I could not identify either of them.

43. On October 24, 2022, Don informed law enforcement that SHIELDS was currently storing two vehicles in the garage located 4186 N. 15th Street, Milwaukee, Wisconsin. Case agents conducted an in-person interview with Don. Don informed case agents that he observed two vehicles, which he believed were stolen, including a Dodge Hellcat and a second vehicle with a broken window inside the garage at 4186 N. 15th Street, Milwaukee, Wisconsin on October 24, 2022. Case agents know that Don has had the opportunity to observe 4186 N. 15th Street, Milwaukee, Wisconsin, because case agents have observed Don entering and exiting the premises.

44. On October 25, 2022, I observed a white BMW 840i sedan bearing plate APS-4364

arrive at the property located 4186 N. 15th Street, Milwaukee, Wisconsin four different times throughout the morning and early afternoon. On one of those occasions, I observed a person matching SHIELDS's description exit the vehicle and enter the house. The BMW is registered to Executive Rent A Car, which is owned by Casha Griffin.

## CONCLUSION

45. I respectfully request a search warrant to be authorized on the target location, residential garage located behind the house at 4186 N. 15th Street, Milwaukee, Wisconsin.

46. I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice until 30 days after the search authorized by the warrant has been completed. There is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, intimidate potential witnesses, notify confederates, and flee from prosecution. See 18 U.S.C. § 3103a(b)(1). The proposed search warrant does not authorize the seizure of any tangible property. See 18 U.S.C. § 3103a(b)(2).

47. The affidavit submitted in support of this application details the federal government's ongoing investigation into alleged violations of federal law in this district. As detailed in the affidavit, the government believes that Diaunte Shields, Casha Griffin, and others are engaged in a conspiracy to violate the laws of the United States, the interstate transportation of stolen motor vehicles, and altering or removing motor vehicle identification numbers. This investigation is not complete. Disclosure of the search warrant, application, including the supporting affidavit, and notice to the owner or possessor of the property would prejudice the

government's ongoing investigation in this matter, in that it would alert them to law enforcement activity. This could encourage the targets to change their method of operation, making it more difficult for the government to determine the full scope of and participants in their criminal activity. There is good cause for such an order because the warrant relates to a criminal investigation that remains ongoing, non-public, and unknown to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation.